E-FILED
Monday, 19 July, 2021 04:13:40 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 19 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Robert C. Reed )
(Name of the plaintiff or plaintiffs) )

v. )

Indust Repair Service (Industrial) Inc (ADM) )
(Name of the defendant or defendants) )

CIVIL ACTION

NO. 21-CV-2187

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☐ DOES NOT demand a jury trial.

## I. PARTIES

2. The plaintiff is Robert C. Reed
whose street address is 2085 N. Evandale Dr
(city) Decatur (state) IL (ZIP) 62526
(Plaintiff's telephone number) 217-329-2413

3. The defendant is Dave Thompson, whose
street address is 4083 Faries Pkwy,
(city) Decatur (state) IL (ZIP) 62522
(Defendant's telephone number) 217-424-5200

4. The alleged discrimination occurred at 4083 Faries Pkwy (ADM)
(city) Decatur (state) IL (ZIP) 62522

5. The plaintiff [***check one box***]

(a) ☑ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____________, (day)________, (year)_________.

**II. JURISDICTION**

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

☑ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Race (42 U.S.C. § 1981)

☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

☑ Other (list): Harrassment

8. Plaintiff ☐ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) 3-3-21.

**[Attach copy of Notice of Right to Sue to this complaint.]**

## III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [***check only those that apply***]:

(a) ☑ by failing to hire the plaintiff.

(b) ☑ by terminating the plaintiff's employment.

(c) ☐ by failing to promote the plaintiff.

(d) ☑ by failing to stop harassment;

(e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐ by failing to reasonably accommodate the plaintiff's religion.

(g) ☑ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h) ☑ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i) ☑ with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☐ other (specify):________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Followed me around making untrue statements to me and about me. Made racial remarks, speaking to me real loudly, with vulgar slurs and had me feeling hurt and uncomftable. Telling lies to myself and other employees about my mowing. Then too, Every year that I was called back to work, the treatment by Dave Thompson was really bad and I was given time off within about 2 weeks upon my return to work.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): make good to my having to go through all of the treatment I went through and especially, the name calling.

I was really made to feel bad. No other employee was being treated this way and there way other mowers who job performance was poor and Dave Thompson knew it and never said anything to them.

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

Robert C. Reed
(Plaintiff's signature)

Robert C. Reed
(Plaintiff's name)

2085 N. Evandale Dr

Decatur, IL 62526
(Plaintiff's street address)

(City) Decatur (State) IL (ZIP) 62526

(Plaintiff's telephone number) (217) - 329-2413

Date: 7-18-21