# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**ROBERT C. REED,**

       **Plaintiff,**

v.    Case No. 21-2187

**DAVE THOMPSON.,**

       **Defendant.**

## REPORT & RECOMMENDATION

On July 19, 2021, Plaintiff filed a Complaint against Defendants. The Court granted Plaintiff's Motion to Proceed in forma pauperis and ordered the U.S. Marshal to complete service. On March 23, 2022, the district judge entered an order terminating Defendant IRS from this case. The case remained pending against Defendant Dave Thompson. The Court entered a scheduling order on April 18, 2022 (#33).

On June 27, 2022, Plaintiff failed to appear for a status hearing. On July 11, 2022, Plaintiff's power of attorney informed the court that Plaintiff was hospitalized for an indefinite period of time. The Court stayed the case and directed the parties to file a status report within 90 days. The parties failed to file the status report as directed, and the Court ordered the parties to file a status report by January 18, 2023. The Court noted that "Failure to file a status report may result in dismissal of this case." The parties again failed to file a status report.

On January 27, 2023, the Court ordered Plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute. Plaintiff failed to show cause by the deadline.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

IT IS SO ORDERED.

ENTERED this 14th day of February, 2023.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE
