# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| ROBERT C. REED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-CV-2187 |
| ) | |
| DAVE THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendation (#36) was filed by the Magistrate Judge in the above cause on February 14, 2023. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Indeed, Objections were due Tuesday, February 28, 2023, and no objections have been filed by Plaintiff. The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#36) is accepted by this court. Plaintiff's case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(2) This case is terminated.

ENTERED this  9th  day of  March , 2023.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE